No. 1099. COHEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Stanley Hendricks* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. 

No. 1112. TANNER MOTOR TOURS, LTD., ET AL. v. GELFAND ET VIR. C. A. 2d Cir. Certiorari denied. *Denis R. Sheil* for petitioners. *Jacob D. Fuchsberg* for respondents. 

No. 1161. VALLECITO WATER CO. v. PUBLIC UTILITIES COMMISSION OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Herbert A. Bernhard* for petitioner. *Mary Moran Pajalich, J. Thomason Phelps* and *Cyril M. Saroyan* for respondent.

No. 528. BERGUIDO ET AL. v. EASTERN AIRLINES, INC. C. A. 3d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *B. Nathaniel Richter, Seymour I. Toll* and *Charles A. Lord* for petitioners. *Owen B. Rhoads, F. Hastings Griffin, Jr., Daniel L. Stonebridge* and *John J. Martin* for respondent. *Solicitor General Griswold, Assistant Attorney General Weisl, Morton Hollander* and *Richard S. Salzman* filed a memorandum for the United States, as *amicus curiae*, by invitation of the Court. [For earlier orders herein, see 389 U. S. 925, 950.]

No. 1149. KILSHEIMER, TRUSTEE IN BANKRUPTCY v. BEOL, INC. C. A. 2d Cir. Motion to dispense with printing petition granted. Certiorari denied. *Samuel Newfield* and *Samuel W. Sherman* for petitioner. *Borris M. Komar* for respondent. 
